UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Case No. 26-cv-07519 (MKV) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters her appearance as counsel to plaintiff The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026, in the above-captioned matter, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

Rimon P.C.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Meghan L. Lavine, Esq.
Meghan.Lavine@Rimonlaw.com

Dated: Jericho, New York
September 2, 2026

RIMON P.C.
Counsel to plaintiff

By: *s/ Meghan L. Lavine*
Meghan L. Lavine, Esq.
Counsel
100 Jericho Quadrangle - Suite 300
Jericho, New York 11753
(516) 479-6300