RIMÔN LAW
www.rimonlaw.com

September 8, 2026

**Via ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *The Steering Committee on Behalf of the Parties to the JPCIA Dated July 7, 2026 v. Peninsula Capital Trust, et al.*
Case No. 1:26-cv-07519-MKV

Dear Judge Vyskocil:

We are counsel to Plaintiff, The Steering Committee on Behalf of the Parties to the JPCIA Dated July 7, 2026 (the "Plaintiff"). We respectfully submit this letter request seeking an adjournment of the conference currently scheduled in this matter pursuant to the Court's September 3, 2026 Order.

Initially, this request is made pursuant to Sections 2(B) and (G) of Your Honor's Individual Rules of Practice. This request is not made for purposes of delay or to prejudice any party. Rather, pursuant to Section 3(A) of the Individual Rules, the principal trial attorney is required to attend conferences before the Court. Unfortunately, on the date presently scheduled for the conference, September 17, 2026, Plaintiff's principal trial counsel, Neal H. Levin, who is the attorney most familiar with the facts and circumstances of this matter, will be serving as a lecturer at an international seminar hosted by INSOL International. In addition, the following Monday, September 21, 2026, is the Jewish holiday of Yom Kippur.

Accordingly, Plaintiff respectfully requests that the September 17, 2026, conference be adjourned to September 22, 2026, or such other date thereafter as may be convenient for the Court. Plaintiff submits that a brief adjournment will permit lead trial counsel to appear personally and will best serve the interests of judicial economy and efficiency.

We thank the Court for its consideration of this request and stand ready to provide any additional information the Court may require.

Respectfully submitted,

RIMÔN, P.C.

By: ______________________
Meghan L. Lavine
Counsel for Plaintiff

MEGHAN LAVINE
100 JERICHO QUADRANGLE, SUITE 300, JERICHO, NEW YORK 11753
MEGHAN.LAVINE@RIMONLAW.COM
P: (516) 479.6312 | WWW.RIMONLAW.COM