AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026 | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-07519-MKV |
| Peninsula Capital Trust, et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE ATTACHED SERVICE LIST, PER CLERK'S REQUEST.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Neal H. Levin, Esq.
Laura-Michelle Horgan, Esq.
Rimon, P.C.
400 Madison Avenue
Ste 11d
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 9, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

Civil Action No. 26-cv-07519-MKV

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**SERVICE LIST OF DEFENDANTS**

PENINSULA CAPITAL TRUST
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

PENINSULA ACCUMULATOR TRUST
Saville Fiduciary Corporation, Declarant, Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

PENINSULA ACCELERATOR TRUST
Saville Fiduciary Corporation, Declarant Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

MANHATTAN PRIVATE CREDIT MARKETS LLC
1501 Broadway, 12th Floor
New York, NY 10036

MANHATTAN ST NOTES LLC
Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

MANHATTAN 5 OCEANS PARTNERS LLC
Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION
Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

DIGITANWORKS AG
Badenerstrasse 565a, 8048 Zürich, Switzerland

Counsel: Jan F. E. Keller, Advoro AG, Dufourstrasse 150 9000 St.Gallen, Switzerland
keller@advoro.ch

DOVERA CAPITAL PTY LTD
Suite 10 North, 215 Bell Street, Preston, VIC 3072, Australia

RODGERS AND ASSOCIATES LLC
2929 Westminster Ave., #2121
Seal Beach, CA 90740

PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC
Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901

CROWN GLOBAL DMCC
DMCC Business Center, Level No. 1, Dubai, BA398, UAE

MANHATTAN PRIVATE CREDIT (SEYCHELLES)

BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS

CAROL ANN HUNTER
5 Rothwell Court, Epping, Victoria 3076, Australia

Counsel: Sean M. Brennecke and Maliheh Zare, Lewis Brisbois Bisgaard & Smith LLP, 500 Delaware Avenue, Suite 700, Wilmington, DE 19801
Sean.Brennecke@lewisbrisbois.com , Maliheh.Zare@lewisbrisbois.com

TIM BENTLEY

ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE
27 Duncan Drive, Nairn, IV12 4SQ, United Kingdom

Business Central Towers, 4901 Tower B, Dubai Internet City, Dubai (500058, UAE

JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS
2929 Westminster Ave., #2121
Seal Beach, CA 90740

DANIEL BENZ
Counsel: Jan F. E. Keller, Advoro AG, Dufourstrasse 150 9000 St.Gallen, Switzerland
keller@advoro.ch

LUKE ADEBIYI

NIGEL CATT
43 Kenmare Street, Watsonia, VIC 3087, Australia