AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026
*Plaintiff*
v.
PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT &
*Defendant*

Case No. 1:26-cv-7519-MKV

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nigel Catt and Dovera Capital Pty Ltd .

Date: September 14, 2026

*Attorney's signature*

Jonathan Uretsky [JCU-9612]
*Printed name and bar number*

111 Broadway, 8th Floor
New York, New York 10006
*Address*

uretsky@pullp.com
*E-mail address*

(212) 571-1255
*Telephone number*

*FAX number*

Print Save As... Reset