USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,

Plaintiffs,

-against-

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,

Defendant.

1:26-cv-7519-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 3, 2026, the Court entered an Order granting Plaintiffs' *ex parte* motion for a temporary restraining order, a pre-judgment order of attachment, and expedited discovery. [ECF No. 5]. Pursuant to that Order, Plaintiffs were required to "serve the Verified Complaint,

summons, and a copy of [the September 3, 2026] Order, and the papers upon which it [was] granted, on Defendants or counsel for Defendants, by personal service, on or before **September 7, 2026**." [ECF No. 5 (emphasis in original)]. The Court further ordered that counsel for all parties shall appear for a hearing on September 17, 2026 regarding the temporary restraining order. [ECF No. 5]. The temporary restraining order expires by its own terms on September 17, 2026. [ECF No. 5].

As of this date, Plaintiffs have failed to file proof of service of the specified materials on any Defendant. Accordingly, IT IS HEREBY ORDERED that, **on or before September 15, 2026 at 12:00 PM**, Plaintiffs shall file proof of service of the specified materials as to each Defendant.

IT IS FURTHER ORDERED that, **on or before September 15, 2026 at 12:00 PM**, Plaintiffs shall file a letter advising the Court of the status of the case, how they intend to proceed at the conference scheduled for September 17, 2026, and whether they intend to move for a preliminary injunction.

**SO ORDERED.**

**Date: September 14, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**