**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiffs,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendant. | 1:26-cv-7519-MKV<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Tatiana Markel of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111, hereby appears on behalf of Defendant Andrew MacKenzie Melville ("Defendant") in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served

upon the undersigned.

Dated: September 15, 2026
New York, New York

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Tatiana Markel*
Tatiana Markel
45 Rockefeller Plaza
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
tmarkel@bakerlaw.com

*Counsel for Defendant*
*Andrew MacKenzie Melville*