Client's File No.:
Civil Action No.: 1:26-cv-7519-MKV
Date Filed:
Court Date:

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*THE STEERING COMMITTEE,*

*Plaintiff*

**vs**

*PENINSULA CAPITAL TRUST, ET AL.,*

*Defendant*

STATE OF CONNECTICUT COUNTY OF HARTFORD SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Connecticut

That on the following date: September 9, 2026, at the following time: 2:35 PM,

at 357 EAST CENTER STREET, SUITE 2 J, MANCHESTER, CT 06040 deponent served the within

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A and So Ordered Order Granting Motion for Temporary Restraining Order, A Pre-Judgment Order of Attachment, and Expedited Discovery filed on September 3, 2026

[X] Papers so served were properly endorsed with the Civil Action No..

**Upon:** **BANKING CIRCLE US HOLDINGS, INC. C/O CT CORPORATION SYSTEM**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ______, ______ (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Marissa Titus said individual to be Managing Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female Race: White Color of hair: Black Age: 36 - 50 Yrs. Height: 5ft 4inch - 5ft 8inch
Weight: 100-130 Lbs. Other Features:

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2028

Sworn to before me on 9/11/26

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Keith Niziankiewicz

PROCESS SERVER LICENSE #



**Work Order # 1518234**