USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,

Plaintiffs,

-against-

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,

Defendant.

1:26-cv-7519-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter dated September 15 from Laura-Michelle Horgan at Rimon Law, counsel to Plaintiff in this case. [ECF No. 14].

Pursuant to the Temporary Restraining Order ("TRO") entered on September 3, 2026,

[ECF No. 5], Plaintiff was required to serve the TRO, together with the Verified Complaint and its motion for the TRO and supporting materials, on all Defendants on or before September 7. As set forth in the TRO, the TRO is set to expire on September 17. The Court scheduled a hearing for September 17 in connection with Plaintiff's application for injunctive relief.

It appearing from the lack of any certificates of service having been filed on the docket that Plaintiff had failed to comply with the terms of the TRO regarding service, the Court issued a further Order yesterday, [ECF No. 11], reminding Plaintiff of its obligations with respect to the TRO and of the September 17 expiration date of the TRO. Counsel's letter, apparently submitted in response to the Court's Order, confirms that Plaintiff has not properly effectuated service as directed in the TRO and it appears has served some, but not all, of the banks and financial firms holding assets that were the subject of its prior asset freeze motion. In that letter, counsel states that Plaintiff intends to move to extend the scope of the asset freeze and thereafter, at the conference scheduled for September 17, move for a preliminary injunction and offer evidence in support of that anticipated (but as yet unfiled) motion. That is not how motion practice works. Plaintiff may file any proper motion pursuant to the Federal Rules of Civil Procedure, the Local Rules of the SDNY, and the Court's Individual Practice Rules for Civil Cases.

As Plaintiff has been warned several times, the existing TRO will expire on September 17. There is no further application for relief before the Court.

Accordingly, IT IS HEREBY ORDERED that the conference previously scheduled for September 17 is adjourned. If and when a further motion is filed and properly served, the Court will schedule a hearing as necessary.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: September 15, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**