# Exhibit 1

## Laura-Michelle Horgan

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Tuesday, September 15, 2026 12:04 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:26-mc-00432-MMG The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026 v. Peninsula Capital Trust et al Status Report

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered by Horgan, Laura-Michelle on 9/15/2026 at 12:03 PM EDT and filed on 9/15/2026

| | |
|---|---|
| **Case Name:** | The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026 v. Peninsula Capital Trust et al |
| **Case Number:** | 1:26-mc-00432-MMG |
| **Filer:** | The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026 |
| **Document Number:** | 8 |

**Docket Text:**
**STATUS REPORT. Document filed by The Steering Committee On Behalf Of The Parties To The Jpcia Dated July 7, 2026..(Horgan, Laura-Michelle)**

**1:26-mc-00432-MMG Notice has been electronically mailed to:**

Laura-Michelle Horgan LMHorgan@rimonlaw.com, docketing@rimonlaw.com, docketingsupport@rimonlaw.com

Meghan Lavine meghan.lavine@rimonlaw.com, docketing@rimonlaw.com

Neal Howard Levin neal.levin@rimonlaw.com, docketing@rimonlaw.com, kellie.turner@rimonlaw.com

**1:26-mc-00432-MMG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/15/2026] [FileNumber=35402221-0] [29978f72be7867fe3032143710039e2e85a424ed764b1b5fb7e402999dcb9b4a9a d820222778c46d6baaad1ce97569e37a2db31e43773eed4ecfcf5457bdc4c7]]