UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiffs,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Index No. 26-cv-07519-MKV<br><br>**AFFIDAVIT OF GINA MEYERS REGARDING SERVICE** |

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**Gina Meyers**, being duly sworn, deposes and says:

1. I am a Paralegal at Rimôn P.C.
2. I submit this Affidavit in support of Plaintiff's Temporary Restraining Order granted on September 3, 2026.
3. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on BMO Bank N.A. via email to general.counsel@bmo.com and PandC.LegalSupport@bmo.com on September 4, 2026.
4. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on East West Bank via email to connect@eastwestbank.com on September 4, 2026.
5. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on Corpay Inc. via email to privacy@fleetcor.com on September 4, 2026.
6. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on Cambridge Mercantile Corp. (U.S.A.) via email to Stefanie.Cipriani@corpay.com and legal@cambridgefx.com on September 9, 2026.
7. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on Wise Payments Limited FCA via email to legalrequests@wise.com on September 9, 2026.

8. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on Airwallex (UK) Limited via email to privacy@airwallex.com on September 9, 2026.

9. I served a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" with Schedule A and Court Order dated September 3, 2026, on Australia and New Zealand Banking Group Limited via email to statutorycompliance@anz.com on September 9, 2026.

10. All matters stated herein are true and correct, to the best of my knowledge.

11. I make this Affidavit under oath, and subject to the applicable penalties of perjury.

September 16, 2026

______________________
Gina Meyers

Sworn to before me this
16th day of September, 2026.

______________________
Notary Public

Lynne M. Manzolillo
Notary Public, State of New York
No. 01MA6204014
Qualified In Suffolk County
Commission Expires April 13, 2029