*RIMON PC 100 JERICHO QUADRANGLE, SUITE 300 JERICHO, NY 11753*

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Client's File No.:
**Index Number:** 1:26-cv-07519-MKV
**Date Filed:** September 3, 2026

*THE STEERING COMMITTEE ON BEHALF OF PARTIES TO THE JPCIA DATED JULY 7, 2026,*

*Plaintiff*

*vs*

*PENINSULA CAPITAL TRUST, ET AL.,*

*Defendant*

STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of California

That on the following date: September 11, 2026, at the following time: 6:48 PM,

at 5282 BRYANT CIR, WESTMINSTER, CA 92683 deponent served the within

Summons in a Civil Action, Verified Complaint Jury Trial Demanded, So Ordered Order Granting Motion for Temporary Restraining Order, A Pre-Judgment Order of Attachment, and Expedited Discovery Filed on September 3, 2026, Affidavit of Nicholas C. White In Support of Order to Show Cause with Exhibits 1-4, Affirmation of Neal H. Levin In Support of Order to Show Cause With Temporary Restraining Order, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, a Pre-Judgment Order of Attachment and Early Discovery

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon:** RODGERS AND ASSOCIATES LLC c/o JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS.

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on

[X] **Corporation LLC / LLP** — By delivering to and leaving with Coen Rogers said individual to be Authorized Employee who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** — Gender: Male Race: White Color of hair: Blonde Age: 18 - 25 Yrs. Height: 5ft 9inch - 6ft 0inch
Weight: 161-200 Lbs. Other Features:

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — Coen Rogers stated he is authorized to accept service on behalf of the Subject.

D. MAXIMOS
COMM. #2485185
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

Sworn to before me on September 14, 2026

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Elias Elhayek #1756

PROCESS SERVER LICENSE #

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA* **Work Order # 1518414**