*RIMON PC 100 JERICHO QUADRANGLE, SUITE 300 JERICHO, NY 11753*

Client's File No.: ______

Civil Action No.: 1:26-cv-7519-MKV

Date Filed:

Court Date:

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*THE STEERING COMMITTEE,*

*Plaintiff*

*vs*

*PENINSULA CAPITAL TRUST, et al.,*

*Defendant*

STATE OF DELAWARE COUNTY OF NEW CASTLE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Delaware

That on the following date: September 14, 2026, at the following time: 2:37 PM,

at 108 WEST 13TH STREET, WILMINGTON, DE 19801 deponent served the within

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A and So Ordered Order Granting Motion for Temporary Restraining Order, A Pre-Judgment Order of Attachment, and Expedited Discovery signed by Hon. Mary Kay Vyskocil, U.S.D.J. Dated September 3, 2026

[X] Papers so served were properly endorsed with the Civil Action No..

**Upon:** **WISE US INC C/O BUSINESS FILINGS INCORPORATED**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ______, Intake Specialist (**Relationship**) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [X] dwelling place [X] place of business/employment [X] last known address within the State. [X] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with April Ransburg said individual to be Intake Specialist who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [X] dwelling place [X] place of business/employment [X] last known address within the State. [X] usual place of abode [x] Served at principal dwelling place.

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female Race: Black Color of hair: Black Age: 36 - 50 Yrs. Height: 5ft 4inch - 5ft 8inch Weight: 131-160 Lbs. Other Features: ______

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address ______ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on September 16, 2026

[signature]

9/16/2026

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
William Bailey

PROCESS SERVER LICENSE # No #s in DE

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*

**Work Order # 1518461**

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028