UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiffs,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Index No. 26-cv-07519-MKV<br><br>**AFFIDAVIT OF JAMES TUNKEY REGARDING SERVICES** |

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

**James Tunkey**, being duly sworn, deposes and says:

1. I am the Chief Operating Officer of I-OnAsia Limited, a Hong Kong Limited security and investigations company.
2. I submit this Affidavit in support of Plaintiff's Temporary Restraining Order granted on September 3, 2026.
3. Operatives working at my instruction on behalf of I-OnAsia have *completed* the delivery of physical printed copies of both (i.) an eight page document known as the 26-cv-07519-MKV TRO and (ii.) a forty-six page document known as the Unredacted Verified Complaint at the known addresses of the following:

| | Status | Individual/Entity | Via | Date |
|---|---|---|---|---|
| a. | Completed | Wise Payments Limited | Personal Delivery | Sept. 8, '26 |
| b. | Completed | The Currency Cloud Limited | Personal Delivery | Sept. 8, '26 |
| c. | Completed | Modular FS Limited | Personal Delivery | Sept. 8, '26 |
| d. | Completed | Andrew MacKenzie Melville a/k/a Andrew Melville | Personal Delivery | Sept. 15, '26 |
| e. | Completed | Australia and New Zealand Banking Group Limited | Personal Delivery | Sept. 9, '26 |
| f. | Completed | Dovera Capital Pty Ltd | Personal Delivery | Sept. 9, '26 |
| g. | Completed | Nigel Catt | Personal Delivery | Sept. 9, '26 |

4. Operatives working at my instruction on behalf of I-OnAsia have *attempted* the delivery of physical printed copies of both (i.) an eight page document known as the 26-cv-07519-MKV TRO and (ii.) a forty-six page document known as the Unredacted Verified Complaint at the known addresses of the following:

| | Status | Individual/Entity | Via | Date |
|---|---|---|---|---|
| a. | Attempted | Crown Global | Personal Delivery | Sept. 16, '26 |

   i. The operatives were denied access to the DMCC by security officers, who refused to accept service. Best efforts were made by I-OnAsia operatives to achieve delivery.

| | Status | Individual/Entity | Via | Date |
|---|---|---|---|---|
| b. | Attempted | Carol Ann Hunter | Personal Delivery | Sept. 9, '26 |

   i. No answer at known address. Best efforts were made by I-OnAsia operatives to achieve delivery to a person.

5. Operatives working at my instruction on behalf of I-OnAsia are prepared to attempt delivery in Switzerland on both Daniel Benz and DigitanWorks AG of physical printed copies of both (i.) an eight page document known as the 26-cv-07519-MKV TRO and (ii.) a forty-six page document known as the Unredacted Verified Complaint. They have been

unable to attempt service because of what I would characterize as a local cultural barrier to understanding such a courtesy delivery. Making best efforts to overcome the obstacles, I have instructed an operative from our London office to fly to Switzerland and achieve the service. The trip is scheduled to be completed this week.

6. All matters stated herein are true and correct, to the best of my knowledge.
7. I make this Affidavit under oath, and subject to the applicable penalties of perjury.

September 17, 2026

**James Tunkey**

Sworn to before me this
17th day of September, 2026.

Notary Public

DOUGLAS P KRISTENSEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR6400760
Qualified in WESTCHESTER County
Commission Expires 11/25/20 27