UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Index No. 1:26-cv-7519 (MKV)<br><br>**<u>NOTICE OF MOTION TO FILE UNDER SEAL</u>** |

**PLEASE TAKE NOTICE** that plaintiff THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026 ("Plaintiff") hereby moves the Court located at 500 Pearl Street, New York, New York, for an order permitting Plaintiff to file the following documents under seal: (i) the Memorandum of Law in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO Order and for Appointment of Escrow Agent; (ii) the Affirmation of Neal H. Levin, sworn to on September 21, 2026, in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO Order and for Appointment of Escrow Agent; and (iii) the Proposed Order.

**PLEASE TAKE NOTICE** that in support of this motion, Plaintiff relies upon the Memorandum of Law in Support of Plaintiff's Motion to File Under Seal, the Declaration of Neal H. Levin in Support of Motion to File Under Seal, and the exhibits annexed thereto.

Dated: September 21, 2026
New York, New York

**RIMON, P.C.**

By: *<u>/s/ Neal H. Levin</u>*

Neal H. Levin (NL7164)
Laura-Michelle Horgan (LR7799)
Meghan L. Lavine (4787321)
400 Madison Avenue
New York, NY 10017
Neal.Levin@rimonlaw.com
LMHorgan@rimonlaw.com
Meghan.Lavine@rimonlaw.com

*Attorneys for Plaintiff*