UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Index No. 1:26-cv-7519 (MKV)<br><br>**[PROPOSED] ORDER TO SEAL <u>DOCUMENTS</u>** |

Upon consideration of Plaintiff's THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026 ("Plaintiff") motion to file portions of documents under seal:

**IT IS HEREBY ORDERED** Plaintiff's Motion to Seal is **GRANTED**. The Clerk of Court shall maintain the Memorandum of Law in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO and for Appointment of Escrow Agent; the Affirmation of Neal H. Levin, sworn to on September 21, 2026, in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO and for Appointment of Escrow Agent; and the Proposed Order under seal for fourteen (14) days after an Order issued by the Court on Plaintiff's *Ex Parte* Emergency Motion to Modify TRO Order and for Appointment of Escrow Agent.

SIGNED this ______ day of __________, 2026:

____________________________________
Hon. U.S.D. Judge