UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,

Plaintiff,

-against-

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,

Defendants.

Index No. 1:26-cv-7519 (MKV)

**NOTICE OF *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT**

**PLEASE TAKE NOTICE** that plaintiff THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026 ("Plaintiff") hereby moves the Court located at 500 Pearl Street, New York, New York, for an order modifying the Order Granting Motion for Temporary Restraining Order, a Pre-Judgment Order of Attachment, and Expedited Discovery dated September 3, 2026, as amended September 17, 2026, and for appointment of escrow agent.

**PLEASE TAKE NOTICE** that in support of this *ex parte* emergency motion, Plaintiff relies upon the Memorandum of Law in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO Order and for Appointment of Escrow Agent, the Affirmation of Neal H. Levin in Support of Plaintiff's *Ex Parte* Emergency Motion to Modify TRO Order and for Appointment of Escrow Agent, and the exhibits annexed thereto.

Dated: September 21, 2026
New York, New York

**RIMON, P.C.**

By: */s/ Neal H. Levin*

Neal H. Levin (NL7164)
Meghan L. Lavine (4787321)
400 Madison Avenue
New York, NY 10017
Neal.Levin@rimonlaw.com
Meghan.Lavine@rimonlaw.com

*Attorneys for Plaintiff*