# EXHIBIT 1

# Verita TFS Services

# The Verita Difference

## Our Team

We will leverage the knowledge and experience of key personnel who will be directly involved in this engagement and have expertise managing and administering similar matters. Biographies of select key personnel can be found in Appendix A.

## Distribution & Banking Overview

Verita distributes on average 4.5+ million payments totaling $2.4 billion per year.

On administrations that require disbursements to be made by Verita, and upon instruction from our clients, we immediately establish a dedicated and case-specific checking account. All accounts are opened with an FDIC-insured domestic financial institution.

Verita's Fund Accounting department reconciles each distribution by checking the account on a daily basis.

Verita will not make any fund payments or distributions without prior approval from our client. All proposed transfers of funds to or from accounts will be performed in accordance with client policy and/or court or administrative order and are subject to prior written approval from the client. These include transfers for payment of invoices for work.

## Strong Banking Relationships

A key element of success is a strong working relationship with an established banking partner that we work closely with across a multitude of government cases for the DOJ and SEC. We leverage our long-standing bank relationships and the seamless integration of our payment platform. This well-established process provides a strong advantage in the time and effort necessary to issue 900+ domestic and international wires while limiting the human intervention of sensitive data. The uploading of wire instructions, multi-factor dual approval requirements, integrated OFAC reviews and tracking of reference numbers for each individual wire provides assurance to the integrity of the process and increases the success of the payment execution.

## Insurance

Verita's $50 million Professional Indemnity insurance covers any claim arising out of wrongful professional acts. Verita's Comprehensive Crime/Electronic & Computer Crime Insurance covers losses sustained because of infidelity of employees, loss on premises, in transit, forgery or alteration, electronic and computer crimes, and other fraudulent activities.

## Relevant Case Experience

Verita, one of the first firms in the administration industry, has handled administrations and distribution services for nearly 40 years, including matters before every United States District Court, trial courts of nearly every state and numerous large Receiver matters. Our experience includes several of the largest and most complex matters in history, with distributions of funds as large as $7 billion. Because our systems are designed to be flexible and scalable, we can bring the same high degree of quality assurance and oversight to every case, large or small. Our staff has provided sworn testimony in thousands of matters, and they have regularly appeared before supervising courts to provide reports and testimony.

***U.S. Receiver Stanford Financial claims***

- Most recently issuing $1+ Billion to thousands of harmed investors in November of 2024 via wire and check across the globe with a large volume of payments in Latin America
- 10+ year administration servicing a multitude of ongoing Stanford related litigations and periodic distributions across tens of thousands of harmed investors throughout each year

Additional SEC Receivership matters Verita has administered include:

- Profit Connect, SEC Receivership
- CapSource, SEC Receivership
- Automators LLC, FTC Receivership
- CryptoFX, LLC, SEC Receivership
- Aequitas Management LLC, SEC Receivership
- TCA Fund Management Group Corp, SEC Receivership

*See Appendix B - For additional details on Verita's Specialty Fund Accounts & Disbursement Services.*

# Appendix A



# Rebecca DeGroot

**Executive Vice President**

(310) 220-9325
rdegroot@veritaglobal.com

## As an Executive Vice President of Corporate Restructuring and Trustee & Fiduciary Services (TFS), Rebecca brings two decades of industry experience to the Verita team.

Rebecca leverages her broad range of expertise in consumer and corporate bankruptcy matters coupled with specialty fund and depository services to partner with clients seeking fiduciary administration services. She manages the TFS Business Development team along with her key client relationships and facilitates the growth of new client engagements. Prior to Verita, Rebecca worked as the National Account Executive for a software and fiduciary services provider.

Rebecca is an Ambassador board member of the National Association of Bankruptcy Trustees (NABT). She is a member of the Turnaround Management Association (TMA), National Association of Federal Equity Receivers (NAFER), California Receiver's Forum (CRF), Commercial Receiver's Association (CRA), INSOL International, American Bankruptcy Institute (ABI), International Women's Insolvency Restructuring Confederation (IWIRC) and Association of Insolvency & Restructuring Advisors (AIRA). In addition, Rebecca serves on several committees with NABT and NAFER.



# Lara McDermott

## Executive Vice President

415.200.6968
lara.mcdermott@veritaglobal.com

**Lara brings two decades of experience to her role as Executive Vice President of Settlement Fund Accounting, where she is responsible for strategic growth and guidance in settlement fund accounting, banking, distributions, and tax compliance.**

In the last ten years, Lara and her team have overseen the distribution of more than 7,700 class distributions, representing over 31 million payments and more than $17 Billion in assets. In recent years, $4 billion of these monies have been distributed in EUR, CAD, ZAR in support of collective actions and non-US settlements. As the marketplace for digital disbursements continues to grow, this team has helped facilitate more than 100+ digital distributions to more than 3 million claimants via PayPal, Venmo, Zello, Amazon and Interac.

Prior to joining Verita, Lara specialized in public accounting for over a decade, serving as an audit manager for PricewaterhouseCoopers in the Financial Services sector based in San Francisco, Singapore and New York. Throughout her years of experience in settlement administration, Lara has overseen more than 2,600 settlement administrations, which have included some of the largest and most complex private settlements in history: Enron, UnitedHealth, Facebook, Pfizer, and Fortis (Europe).

Lara graduated from the University of California, Santa Barbara with a Bachelor of Arts in Business Economics and Psychology, and holds a Masters of Applied Finance from Macquarie University, Australia, as well as a Certified Treasury Professional Certificate and a California C.P.A. License.

# Appendix B

verita

# Specialty Fund Accounts & Disbursement Services

## We're using cutting-edge technology to manage your chapter 11 funds.

At Verita, we're always looking for new ways to streamline your case's day-to-day operations. That's why we developed a UST-compliant, end-to-end software platform capable of managing the estate's funds during all stages of your chapter 11 matter. Every step of the way, we're committed to shrinking the administrative burden, so you can stay focused on the big picture.

**Experience the Verita difference.**

### Superior Banking to Save You Time

Verita offers a robust network of UST-approved banking options across all time zones; more than any other provider in the industry. Save time with same-day bank account opening and funding regardless of KYC completion and further experience a rapid turnaround time of just one week on average, from start to finish of the KYC process.

### Fund Account Services

Verita is set up to provide collateralization of funds and secure investment options no matter the size of the deposit or term, making us the true end-to-end ally for better fiduciary support services.

### Our Unique Expertise

Verita's subject matter experts support all varieties of specialty tax reporting, including complex wage claims disbursements, and IRS form preparation and reporting. When it comes to foreign disbursements, Verita fully understands the unique concerns surrounding international currency payments for cases of all sizes.

### Trust Verita for:

- Pre-Petition Accounts
- DIP Accounts
- 363 Sale Escrows
- Professional Fee Escrows
- DACA's
- Disbursing Agent Accounts
- Distribution Accounts
- Wind Down Accounts with Plan Administrators
- Litigation Trusts
- Liquidating Trusts
- Sub-Chapter V
- State and Federal Receiverships
- Assignment for the Benefit of Creditors (ABC's)
- Partition Referee Accounts

## Your Verita Team



**Rebecca DeGroot**
Executive Vice President
310.220.9325
rdegroot@veritaglobal.com



**Michelle Salazar Rosenbloom**
Senior Managing Director
310.341.8980
msalazar-rosenbloom@veritaglobal.com



**Albert H. Kass**
Senior Executive Vice President
310.367.2313
akass@veritaglobal.com