UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Case No.: 1:26-cv-7519 (MKV)<br><br>**[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND PRE-JUDGMENT ORDER OF ATTACHMENT AND APPOINTING ESCROW AGENT** |

**WHEREAS,** on September 3, 2026, this Court entered a Temporary Restraining Order and Pre-Judgment Order of Attachment (ECF No. 5) (the "September 3 Order") granting Plaintiff's *ex parte* motion for a temporary restraining order pursuant to CPLR § 6210 and FRCP Rule 64, a pre-

judgment order of attachment pursuant to CPLR § 6212 and FRCP Rule 64, and expedited discovery pursuant to FRCP Rule 26(d)(1), freezing all accounts identified in Schedule A to the Affirmation of Neal H. Levin, Esq. (the "Original Levin Affirmation") and prohibiting the transfer of assets in such accounts without notice to Plaintiff and the Court;

**WHEREAS,** the September 3 Order authorized expedited discovery, including "the issuance of third-party subpoenas to financial institutions at which the Accounts in Schedule A are located as well as any other accounts belonging to Defendants that may contain monies invested by Plaintiffs" (ECF No. 5 at 7);

**WHEREAS,** on September 17, 2026, the September 3 Order was thereafter amended to include newly discovered accounts and further extended said Order to October 1, 2026 (ECF No. 38) (the "September 17 Order").

**WHEREAS,** Plaintiff has now filed the instant *Ex Parte* Emergency Motion to [further] Modify the September 3 and September 17 Orders so as to extend the scope of the asset freeze and attachment to specifically identified MPCM Investor funds provided to Defendant Manhattan ST Notes LLC ("MSTN") and to Manhattan Private Credit Markets LLC ("MPCM") and which were, in turn, [redacted];

**WHEREAS,** more specifically, through Plaintiff's ongoing investigation, Court-authorized expedited discovery, and interviews with individuals who were or currently are involved with Defendants' scheme, Plaintiff has identified [redacted]

[redacted]

**WHEREAS**, Plaintiff has obtained an agreement, in principle, for the return of the specifically identified MPCM Investor Funds [redacted] so that said funds may be made available for recovery by MPCM Investors in this action;

**WHEREAS,** the Court has determined that good cause exists to modify the September 3 Order, as amended, to extend its scope to the specifically identified MPCM Investor Funds, and that the findings supporting the September 3 and September 17 Orders apply with equal force to the MPCM Investor Funds in this instance;

**WHEREAS,** the Court further finds that to further effectuate the mandate of this ruling, that good cause exists for the appointment of an Escrow Agent to take possession of the funds to be transferred to or intended for transfer to, or potentially claimed by MPCM either from [redacted], to secure until further order of this Court, so as to avoid further dissipation of those funds pending the outcome of this litigation or other interim disposition relative to the same;

**IT IS** on this ___ day of September, 2026, hereby

**ORDERED** that the Motion to Modify is **GRANTED**;

**IT IS FURTHER ORDERED** that the September 3 Order as amended, is hereby modified to extend to specifically identified MPCM Investor Funds;

**IT IS FURTHER ORDERED** that a temporary restraining order is granted pursuant to CPLR § 6210 and FRCP Rule 64 for pre-judgment attachment of the MPCM Investor Funds whether located in the United States or abroad, and that the transfer of assets in such accounts without notice to Defendants and prohibiting the transfer of assets in such accounts without notice to Plaintiff and the Court is prohibited;

**IT IS FURTHER ORDERED** that a preliminary order of attachment pursuant to CPLR § 6212 and FRCP Rule 64 to attach, seize, and/or garnish the MPCM Investor Funds held by [redacted] without notice to Defendants is granted;

**IT IS FURTHER ORDERED** that Verita is appointed as Court-Approved Escrow Agent solely to receive, hold, safeguard, and report on the MPCM Investor Funds (the "Escrow Agent"), received relative to [redacted] by MPCM either directly or through [redacted]. The Escrow Agent shall maintain the MPCM Investor Funds in a segregated, interest-bearing account and shall make no transfer, distribution, disbursement, investment other than as expressly authorized, encumbrance, or other disposition absent further Order of the Court;

**IT IS FURTHER ORDERED** that Plaintiff shall provide notice of the entry of this Order to [redacted] or any third-party in possession of the identified MPCM Investor Funds..

**IT IS FURTHER ORDERED** that this Order, as well as the Memorandum and Affirmation in support of the *Ex Parte* Emergency Motion to Amend and Appoint, shall remain under seal consistent with the Court's ruling relative to the related Motion to Seal.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon each of the Defendants, and each of their respective officers, agents, servants, employees, and attorneys, and

those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

**IT IS FURTHER ORDERED** that except as modified herein, the September 3 Order, as amended, remains in full force and effect.

**SO ORDERED.**

Dated: __________, 2026

New York, New York

______________________________
**HON. MARY KAY VYSKOCIL**
**UNITED STATES DISTRICT JUDGE**