UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>-against-<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | Case No. 26-cv-07519 (MKV) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

On September 24, 2026, deponent served the within:

- **NOTICE OF *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT;**

- **AFFIRMATION OF NEAL H. LEVIN IN SUPPORT OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT;**

- **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT; AND**

- **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY TEMPORARY RESTRAINING ORDER AND PRE-JUDGMENT ORDER OF ATTACHMENT**

by **Electronic Mail** to the addresses listed below, said addresses designated for that purpose.

**TO:** Dovera Capital Pty Ltd
c/o PULLP
Attn: Jonathan Craig Uretsky, Esq.
Email: uretsky@pullp.com

Nigel Catt
c/o PULLP
Attn: Jonathan Craig Uretsky, Esq.
Email: uretsky@pullp.com

Andrew Mackenzie Melville
a/k/a Andrew Melville
c/o Baker & Hostetler LLP (NYC)
Attn: Oren J. Warshavsky, Esq.
Tatiana Markel, Esq.
Email: owarshavsky@bakerlaw.com
tmarkel@bakerlaw.com

Manhattan Private Credit Markets LLC
1501 Broadway, 12th Floor
New York, NY 10036
Attn: Tim Bentley
Email: timb@manhattanpcm.com
carol@manhattanpcm.com

Tim Bentley
Email: timb@manhattanpcm.com

Rodgers and Associates LLC
Attn: Jennifer Rogers
Email jennifer.rodgers@rodgers-assoc.com

Jennifer Lynn Rodgers a/k/a Jennifer Rogers
Attn: Jennifer Rogers
Email: jennifer.rodgers@rodgers-assoc.com

DigitanWorks AG
Badenerstrasse 565a
8048 Zürich, Switzerland
Email: office@digitanworks.com

Daniel Benz
Email: office@digitanworks.com

Peninsula Accumulator Trust
c/o Corp1, Inc.
614 N Dupont Highway, Suite 210
Dover, DE 19901
Email: michal@savillefiduciary.com
lucia@savillefiduciary.com

Peninsula Accelerator Trust
c/o Corp1, Inc.
Email: michal@savillefiduciary.com
lucia@savillefiduciary.com

Manhattan ST Notes LLC
c/o Corp1, Inc.
Email: michal@savillefiduciary.com
lucia@savillefiduciary.com

Saville Fiduciary Corporation
f/k/a Global Patent & Assertion Capital Corporation
c/o Corp1, Inc.
Email: michal@savillefiduciary.com
lucia@savillefiduciary.com

Pershing Insurance Bond, LLC
a/k/a Pershing Specialty Risk LLC
c/o Corp1, Inc.
Email: michal@savillefiduciary.com
lucia@savillefiduciary.com

*s/ Melissa Cohen*
**MELISSA COHEN**

Sworn to before me this
24th day of September, 2026.

*s/ Gina Meyers*
Notary Public

Gina Meyers
Notary Public, State of New York
No.: 01ME6377839
Qualified in Suffolk County
Commission Expires July 16, 2030