UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,

Plaintiffs,

-against-

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,

Defendants.

Index No. 26-cv-07519-MKV

**AFFIDAVIT OF KELLIE TURNER**
**<u>REGARDING SERVICE</u>**

STATE OF ILLINOIS )
) ss.:
COUNTY OF COOK )

I, **KELLIE TURNER**, being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

On September 23, 2026, I served:

- NOTICE OF *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT;
- AFFIRMATION OF NEAL H. LEVIN IN SUPPORT OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT;
- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S EX PARTE EMERGENCY MOTION TO MODIFY TRO ORDER AND FOR APPOINTMENT OF ESCROW AGENT; AND
- ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY TEMPORARY RESTRAINING ORDER AND PRE-JUDGMENT ORDER OF ATTACHMENT

By **FedEx Overnight Courier** to the addresses listed below, said addresses designated for that purpose.

TO: Peninsula Capital Trust – via FedEx
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Manhattan 5 Oceans Partners LLC – via FedEx
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Crown Global DMCC – via FedEx
DMCC Business Center, Level No. 1
Dubai, BA398, UAE

Manhattan Private Network Ltd. – via FedEx
Room 306, Victoria House
P.O. Box 673
Victoria, Mahe
Seychelles

Carol Ann Hunter – via FedEx
5 Rothwell Court
Epping, Victoria 3076, Australia

Kellie Turner
**KELLIE TURNER**

State of New York
County of Kings

Sworn to before me this
24th day of September, 2026

Mary Saragoussi

Notarized online using audio-video communication technology

MARY SARAGOUSSI
Notary Public - State of New York
NO. 01SA0000597
Qualified in Kings County
My Commission Expires February 3, 2027
Certificate Filed in New York County