UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,<br><br>Defendants. | No. 1:26-cv-7519 (MKV)<br><br>**AFFIDAVIT OF SERVICE**<br><br>Hon. Mary Kay Vyskocil |

I, **JENNY HOUSTON**, being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by Rimon P.C.

On September 23, 2026, I served:

- **NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION, CONTINUATION OF PREJUDGMENT ATTACHMENT, AND ASSET-PRESERVATION RELIEF,**

- **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, CONTINUATION OF PREJUDGMENT ATTACHMENT, AND ASSET-PRESERVATION RELIEF AND**

- **DECLARATION OF NEAL H. LEVIN IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE TEMPORARY RESTRAINING ORDER TO A PRELIMINARY INJUNCTION AND FOR CONTINUED PREJUDGMENT ATTACHMENT**

by Electronic Mail to the addresses listed below, said addresses designated for that purpose:

1. Manhattan Private Credit Markets LLC
   Tim Bentley
   Emails: timb@manhattanpcm.com
   carol@manhattanpcm.com

2. Rodgers and Associates LLC
   Jennifer Lynn Rodgers a/k/a Jennifer Rogers
   Email: jennifer.rodgers@rodgers-assoc.com

3. DigitanWorks AG
   Daniel Benz
   Email: office@digitanworks.com

4. Peninsula Accumulator Trust
   Manhattan ST Notes LLC
   Saville Fiduciary Corporation, f/k/a Global Patent & Assertion Capital Corporation
   Pershing Insurance Bond, LLC, a/k/a Pershing Specialty Risk LLC
   c/o Corp1, Inc.
   Emails: michal@savillefiduciary.com
   lucia@savillefiduciary.com

JENNY HOUSTON

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) SS.
COUNTY OF PLACER )

On 09/25, 2026 before me, PHUONG DINH MINH NGUYEN, a notary public, personally appeared **JENNY HOUSTON** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that ~~he~~/she/~~they~~ executed the same in ~~his~~/her/~~their~~ authorized capacity(ies), and that by ~~his~~/her/~~their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

PHUONG DINH MINH NGUYEN
COMM. # 2555635
NOTARY PUBLIC - CALIFORNIA
PLACER COUNTY
COMM. EXPIRES MAY 18, 2030
MGC1

WITNESS my hand and official seal.

Phuong (Signature of Notary) (Seal of Notary)