USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,
Plaintiffs,

-against-

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,
Defendant.

1:26-cv-7519-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's notice of motion for "an order granting a Preliminary injunction, Continuation of Prejudgment Attachment, and Asset-Preservation Relief." [ECF No. 58]. The memorandum of law filed in support references a "proposed order submitted herewith." [ECF No. 57]. However, no such proposed order has been submitted. Moreover, it remains unclear whether Defendants have been properly served with the Complaint, prior motions, Court

Orders, or the present motion. Accordingly, IT IS HEREBY ORDERED that, **on or before October 1, 2026 at 12:00 PM**, Plaintiff shall file on the docket the proposed order referenced in ECF No. 57.

IT IS FURTHER ORDERED that, **on or before October 1, 2026 at 12:00 PM**, Plaintiff shall file a letter detailing its compliance with this Court's prior Orders with respect to service clarifying all documents in this litigation that have been served on each individual Defendant. Plaintiff is on notice that a preliminary injunction and an order continuing the attachment of assets will not issue absent proof of service and/or notice on each Defendant. *See* Fed. R. Civ. P. 65(a)(1); *see also AIH Acquisition Corp., LLC v. Alaska Indus. Hardware, I nc.*, 105 F. App'x 301, 305 (2d Cir. 2004).

**SO ORDERED.**

**Date: September 30, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**