**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>– against –<br><br>PENINSULA CAPITAL TRUST, et al.,<br><br>Defendants. | Case No. 1:26-cv-07519 (MKV)<br><br>Hon. Mary Kay Vyskocil |

**NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to File Under Seal, the Declaration of Aaron Miner in Support of the Motion to File Under Seal, and all prior proceedings and pleadings herein, non-parties First Degree Fund VCC, First Degree Global Asset Management Pte. Ltd., and related entities (collectively, the "First Degree Entities" or "Movants") hereby move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order permitting Movants to file the following documents under seal: the Memorandum of Law in support of the Motion to Modify (the "Memorandum of Law"); the Declaration of Anthony John Morgan and the exhibits thereto (the "Morgan Declaration"); and the proposed order (the "Proposed Order," and collectively, the "Proposed Sealing Documents").

Dated: New York, New York
September 30, 2026

Respectfully submitted,

*/s/ Aaron Miner*

Aaron Miner
Lisa Cordara
Melissa E. Romanovich
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Fax: 212.836.8689
Aaron.Miner@arnoldporter.com
Lisa.Cordara@arnoldporter.com
Melissa.Romanovich@arnoldporter.com

*Attorneys for Non-Parties First Degree Fund VCC (for and on behalf of Litigation Income and Growth Fund and Six Senses Private Credit), First Degree Global Asset Management Pte. Ltd., and Gipfel Capitale Insurance & Underwriting Partners*