**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>– against –<br><br>PENINSULA CAPITAL TRUST, et al.,<br><br>Defendants. | Case No. 1:26-cv-07519 (MKV)<br><br>Hon. Mary Kay Vyskocil<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Anthony John Morgan and exhibits thereto, and upon all papers and proceedings heretofore had herein, non-parties First Degree Fund VCC ("First Degree VCC"), acting for and on behalf of its sub-funds Litigation Income and Growth Fund (formerly 9Mountains Capital Fund) and Six Senses Private Credit (together, the "Sub-Funds"), and the Sub-Funds' licensed manager, First Degree Global Asset Management Pte. Ltd. ("First Degree GAM," and with First Degree VCC, the Sub-Funds, and Gipfel Capitale Insurance & Underwriting Partners ("Gipfel"), "Movants"), by their undersigned attorneys, will move before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to New York Civil Practice Law and Rules ("CPLR") §§ 6223, 6211, and 6214, as made applicable by Rules 64 and 65 of the Federal Rules of Civil Procedure:

(1) vacating the Restraint Orders as to the Sub-Funds' interests in, and contributions to, the Mosaic Global Capital UK Fund LP (the "Mosaic Fund"), and declining to extend or convert them to that extent;

(2) in the alternative, modifying the Restraint Orders so that any restraint attaches only to the shares held by Manhattan ST Notes, LLC ("MSTN") or Manhattan Private Credit Markets LLC ("MPCM") in the Sub-Funds and any redemption proceeds or distributions on those shares, subject to Movants' undertaking;

(3) in the further alternative, modifying the Restraint Orders to exclude the capital invested in the Mosaic Fund that is not attributable to MPCM or MSTN, expressed as 67.8% of the amounts the Mosaic Fund returns, with the Mosaic Fund's expenses borne pro rata, and permitting the Mosaic Fund to return those amounts to First Degree VCC for the account of the relevant Sub-Fund; and

(4) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR § 6223(a), this motion shall not of itself constitute an appearance in the action, and Movants do not submit or consent to the personal jurisdiction of this Court and reserve all jurisdictional objections.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1(b) or such schedule as the Court may set.

Dated: New York, New York
September 30, 2026

Respectfully submitted,

*/s/ Aaron Miner*______________

Aaron Miner
Lisa Cordara
Melissa Romanovich
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710

Telephone: 212.836.8000
Fax: 212.836.8689
Aaron.Miner@arnoldporter.com
Lisa.Cordara@arnoldporter.com
Melissa.romanovich@arnoldporter.com

*Attorneys for Non-Parties First Degree Fund VCC (for and on behalf of Litigation Income and Growth Fund and Six Senses Private Credit), First Degree Global Asset Management Pte. Ltd., and Gipfel Capitale Insurance & Underwriting Partners.*