HSBC

## Confirmation

Your instruction has been successfully processed on 21 May 2025 13:51 HKT. We've received your request to add this payee to your payee list. Please check your payee list after two working days to confirm if payee has been added. You'll receive a rejection advice if we weren't able to proceed with your request.

### Transfer details

| | |
|---|---|
| Confirmation number | [redacted] |

### From

| | |
|---|---|
| Account | **HKD Savings**<br>[redacted] |

### To

| | |
|---|---|
| Payee Name | MANHATTAN ST NOTES LLC |
| Payee country/territory | United States Of America |
| Address line 1 | 614 N. Dupont Hwy, Suite 210 |
| Address line 2 (optional) | City of Dover, DE |
| Address line 3 (optional) | 19901 |
| Add to your payee list | Yes |
| Daily limit | HKD 500,000 |

## Payee bank account details

| | |
|---|---|
| Payee account number / International Bank Account Number (IBAN) | [redacted] |
| Country / territory | United States Of America |
| Bank code | HATRUS44XXX |
| Bank name and address | BMO BANK NATIONAL ASSOCIATION<br>320 S CANAL ST<br>CHICAGO IL 60606 US |

Transfer details

| | |
|---|---|
| Amount payee receives | USD 50,000.00<br>USD - United States Dollar |
| Amount you send | HKD 392,956.26<br>HKD - Hong Kong Dollar |
| Exchange rate | USD 1.00 = HKD 7.8591252<br>Exchange rate at 13:51:10 on 2025-05-21T13:51:10+08:00 |
| Overseas charges paid by | Myself |
| Charges charged to | **HKD Savings**<br>[redacted] |
| Purpose of payment | Investment/Share Capital |
| Message to payee (optional) | [redacted] |
| Date | Today |

## Important information

The indicative rate is for reference only. Your actual exchange rate is subject to market fluctuation and may be different from this indicative rate.

If you are quoting an exchange rate outside of the normal trading hours of FX market (Monday 7:00am HKT to Saturday 4:15am HKT (during US daylight saving) / 5:15am HKT (during non-US daylight saving), excluding 25 December and 1 January), the exchange rate will be provided according toe the wider bid/ask difference.

HSBC Hong Kong will inform the overseas banks your request but it's at the overseas bank's discretion to follow the informed charge option. Overseas handling charges will be deducted from your account separately at a later date once the fee has been charged back by the overseas banks. The final charge settlement will be subject to the practice adopted by the overseas banks.

More about servicing hour

Other important note

Please note that this page is not an official receipt of the transaction.

01.05.25

9:31 5G

## Confirmation

| | |
|---|---|
| To | MANHATTAN ST NOTES LLC<br>071000288 3322500 (USD) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 50,000.00 USD |
| To MANHATTAN ST NOTES LLC | 50,000.00 USD |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks (?) |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC Premier HKD Current<br>[redacted] |
| Transfer date | Next business day |
| Remarks (optional) | David Simpson |
| Reference number | N50173550906 |

Done

# 02.05.25

- **David Simpson**
  [illegible] ELITE Series Gold - 120 Day Short-Term Notes — USD50,000 — [illegible] ›

# 02.05.25

- **David Simpson**
  [illegible] **ELITE Series Gold - 120 Day Short-Term Notes**

  **USD50,000** [illegible] ›

Remarks (optional) David Simpson

Reference number N50173550906

Done

---

21.05.25

20.05.25

12:54 5G

**Confirmation**

| | |
|---|---|
| To | MANHATTAN ST NOTES LLC 3322500 (USD) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 20,000.00 USD |
| To MANHATTAN ST NOTES LLC | 20,000.00 USD |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks ? |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC Premier HKD Current [redacted] |
| Transfer date | Today |
| Remarks (optional) | David Simpson |
| Reference number | N52141688269 |

Done

## 22.05.25

- **Jojo Fan** — USD50,000
  ELITEG120FAN01 **ELITE Series Gold · 120 Day Short-Term Notes**
- **David Simpson** — USD20,000
  ELITEG120SIMP02 **ELITE Series Gold · 120 Day Short-Term Notes**

## 15.06.25

1:12

## Confirmation

| | |
|---|---|
| From | HSBC One GBP Savings<br>[redacted] (GBP) |
| To | MANHATTAN ST NOTES LLC<br>HATRUS44GTM 777553322500 (GBP) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 35,000.00 GBP |
| To MANHATTAN ST NOTES LLC | 35,000.00 GBP |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks ? |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC One HKD Current<br>[redacted] |
| Transfer date | Next business day |

Done

9:00

## Confirmation

| | |
|---|---|
| To | 777553322500 (GBP) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 16,500.00 GBP |
| To MANHATTAN ST NOTES LLC | 16,500.00 GBP |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks ? |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC One HKD Current [redacted] |
| Transfer date | Today |
| Remarks (optional) | Jojo Fan DO NOT CONVERT |
| Reference number | N61632683701 |

Done

Done

**18.06.25**

- Jojo Fan
  ELITE GOLD Series 9

GBP$1,500

**21.01.26**

16.01.26

Latest transactions

Saturday, 17 Jan 2026

HK117016P1199283 -200,000.00 USD

05.03.26

11:46

## 21.01.26

David Simpson — USD200,000

[illegible] ELITE SOVEREIGN [illegible] Series Ultra Short Term 95 Day Note

05.03.26

11:46

Send money to MANHATTAN S...

From

HSBC Premier USD Savings

| | |
|---|---|
| Ledger balance | 145,000.00 USD |
| Available balance | 145,000.00 USD |

To

MANHATTAN ST NOTES LLC

3322500 USD

United States Of America

| You send | Currency |
|---|---|
| 145,000.00 | USD |

| To MANHATTAN ST NOTES LLC | Currency |
|---|---|
| 145,000.00 | USD |

You can transfer up to HKD3,000,000.00 for this transaction.

Check your payment / transfer limits

Overseas charges paid by

Myself

Continue

29.04.26

5:37

## Confirmation

| | |
|---|---|
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 45,000.00 USD |
| To MANHATTAN ST NOTES LLC | 45,000.00 USD |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks ? |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC Premier HKD Savings [redacted] |
| Transfer date | Today |
| Remarks (optional) | David Simpson |
| Reference number | N42921056628 |

Done

29.04.26

5:37

## Confirmation

| | |
|---|---|
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 45,000.00 USD |
| To MANHATTAN ST NOTES LLC | 45,000.00 USD |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks ? |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC Premier HKD Savings [redacted] |
| Transfer date | Today |
| Remarks (optional) | David Simpson |
| Reference number | N42921056628 |

Done

9:31 5G

## Confirmation

# Thank you

We've received your transfer instruction to MANHATTAN ST NOTES LLC. You can track your transfer once we start sending it by going to 'Global Payment Tracker'.

You can use the share icon to save the transfer information as a photo and share it with your payee.

## Estimated arrival:
## 1-3 business days

| | |
|---|---|
| From | HSBC Premier USD Savings<br>[redacted] (USD) |
| To | MANHATTAN ST NOTES LLC<br>071000288 3322500 (USD) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |

Done

9:31 5G

# Confirmation

| | |
|---|---|
| To | MANHATTAN ST NOTES LLC<br>071000288 3322500 (USD) |
| Payee account type | Non-personal account |
| Bank name | BMO BANK NATIONAL ASSOCIATION |
| You send | 50,000.00 USD |
| To MANHATTAN ST NOTES LLC | 50,000.00 USD |
| Local charges | 70.00 HKD |
| Overseas charges | Set by overseas banks (?) |
| Overseas charges paid by | Myself |
| Charges charged to | HSBC Premier HKD Current<br>[redacted] |
| Transfer date | Next business day |
| Remarks (optional) | David Simpson |
| Reference number | N50173550906 |

Done

te a
w
:ment

In Process

ELITE Series Gold - 120 Day Short-Term Notes

**$50,000 USD**

ELITEG120SIMP01

| Start At | Maturity At |
| --- | --- |
| | |

| Bank Name | IBAN/Account |
| --- | --- |
| HSBC | XXXX2833 |