# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**DAVID SIMPSON,**

Plaintiff-Intervenor,

-v.-

**THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JOINT PROSECUTION AND COMMON INTEREST AGREEMENT DATED JULY 7, 2026, et al.,**

Defendants.

**Case No. 1:26-cv-07519-MKV**

---

# EXHIBIT G — SCHEDULE OF CASH INVESTED

**David Simpson — funds transferred to Manhattan ST Notes, LLC**

| # | Transfer | Amount |
|---|---|---:|
| 1 | First Transfer | USD 50,000.00 |
| 2 | Top-up | USD 20,000.00 |
| 3 | Paid in (subsequent transfer) | USD 200,000.00 |
| 4 | Paid in (subsequent transfer) | USD 145,000.00 |
| | **Subtotal — USD cash transferred** | **USD 415,000.00** |
| 5 | Additional transfer (GBP 51,500, family) | ≈ USD 68,000.00 |
| | **TOTAL INVESTED (approximate)** | **≈ USD 483,000.00** |

**Note on repayments received:** Manhattan ST Notes, LLC paid a single coupon of **USD 1,600** and returned **USD 20,000** of principal. These de minimis receipts against approximately USD 483,000 invested do not offset my loss; I remain a substantial net loser.

**Source:** Compiled from my bank records and the HSBC transfers to Manhattan ST Notes, LLC. Redacted deposit screenshots are included in Exhibit A. Full bank and wire records have been requested and will be supplemented.