Exhibit J: Screenshot of the Manhattan investor portal (gateway.manhattanpcm.com), 'Investor Display' - Total Invested in USD (Live): $483,708.

