**DECISION DE LA DIRECTRICE GENERALE DE L'AGENCE DE LA BIOMEDECINE**

**Du 8 décembre 2025 portant refus autorisation d'exportation de gamètes en application des dispositions de l'article L. 2141-11-1 du code de la santé publique (partie législative)**

La Directrice générale de l'Agence de la biomédecine,

Vu le code de la santé publique, et notamment les articles L. 2141-11-1, R. 2141-24 à R. 2141-32 et R. 2141-36 à R. 2141-38 ;

Vu la décision de la directrice générale de l'Agence de la biomédecine n°2021-18 du 17 décembre 2021 fixant la composition du dossier de demande d'autorisation prévu à l'article R. 2141-27 du code de la santé publique ;

Vu la demande du 16 novembre 2025 présentée par le laboratoire de spermiologie – CECOS CHRU Tours en vue d'obtenir autorisation d'exporter des gamètes vers l'Albanie au bénéfice de Monsieur Sébastien LABLANCHE aux fins d'assistance médicale à la procréation ;

Vu les informations complémentaires apportées par le demandeur ;

En vertu des dispositions de l'article L 2141-11-1 du code de la santé publique, seuls peuvent faire l'objet d'une opération d'importation ou d'exportation les gamètes ou tissus germinaux satisfaisant aux normes de qualité et de sécurité en vigueur, obtenus dans le respect des principes figurant aux articles 16 à 16-8 du code civil et destinés à être utilisés conformément aux dispositions du code de la santé publique relatives à l'assistance médicale à la procréation.

Les dispositions de l'article L. 2131-4 du code de la santé publique prévoient que le diagnostic préimplantatoire ne peut être autorisé qu'à titre exceptionnel lorsqu'a été préalablement et précisément identifiée chez l'un des membres du couple ou l'un de ses ascendants immédiats dans le cas d'une maladie gravement invalidante à révélation tardive et mettant prématurément en jeu le pronostic vital, l'anomalie ou les anomalies responsables d'une telle maladie.

Il ressort de la demande déposée au bénéfice de Monsieur Sébastien LABLANCHE que l'autorisation d'exportation sollicitée est justifiée par le motif de la réalisation d'un diagnostic préimplantatoire en Albanie dont l'objet n'est pas la recherche exclusive d'une maladie gravement invalidante à révélation tardive et mettant prématurément en jeu le pronostic vital, l'anomalie ou les anomalies responsables d'une telle maladie tel que prévu par les dispositions de l'article L. 2131-4 du code de la santé publique.

En conséquence, les conditions posées par les dispositions précitées du code de la santé ne sont pas remplies.

Décide :

**Article 1**

L'autorisation d'exporter des gamètes vers l'Albanie est refusée au laboratoire de spermiologie – CECOS CHRU Tours, au bénéfice de Monsieur Sébastien LABLANCHE.

**Article 2**

Le Directeur général adjoint chargé des ressources de l'Agence de la biomédecine est chargé de l'exécution de la présente décision.

Marine JEANTET
Directrice générale

Signé numériquement par Marine JEANTET
Date : 2025.12.08 19:03:25+01'00'