Exhibit I-1: Intermediary email (Carey Suen / Annette M. Houlihan) - webinar 'Protecting Wealth in 2026': 'your capital stays 100% protected while compounding quarterly.'



Exhibit I-2: Continuation - 'secure 12-18% targeted returns with full liquidity'; 'forward this to friends or colleagues.'



Exhibit I-3: 'ELITE SOVEREIGN Liquidity & Capital Protection Framework' - Multi-Tier Capital Protection (MTCP) architecture; 'Gipfel Capital Reserve'.



Exhibit I-4: 'ELITE BLACK LABEL Program - Signature Series': '100% Principal Delivered Under MTPP.'

