# David Simpson Manhattan

External Inbox

Summarise this email



Madli Pihel 03:54

to me, Paul

Hi Annette,

I hope you are well.

Just to confirm David Simpson KYC documents are all approved.
KYC check - Passport (✓) Selfie (✓) Proof of residence (✓)

We look forward to the proof of transfer once the payment is made.

Kind Regards,

CGW
CONSULT GROUP WORLDWIDE



**Madli Pihel**
Head of Global Operations

+372 558 9054
+44 (0) 203 151 8088
madli@consultgroupworldwide.com
consultgroupworldwide.com

BOOK A MEETING SEND WHATSAPP

99+