UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DAVID SIMPSON,

Plaintiff-Intervenor,

-v.-

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JOINT PROSECUTION AND COMMON INTEREST AGREEMENT DATED JULY 7, 2026, et al.,

Defendants.

Case No. 1:26-cv-07519-MKV

---

September 29, 2026

VIA ECF The Honorable Mary Kay Vyskocil United States District Court Southern District of New York 500 Pearl Street, Courtroom 18C New York, NY 10007

Re: *Simpson v. Steering Committee, et al.*, No. 1:26-cv-07519-MKV — Request for Pre-Motion Conference, or in the Alternative Leave to File a Motion to Intervene

Dear Judge Vyskocil:

I am a victim of the Manhattan ST Notes fraud and a non-party who was never served with process or given notice of this action. Writing pro se, and out of an abundance of caution under Your Honor's Individual Rules, I respectfully request a pre-motion conference — or, in the alternative, leave to file — regarding a motion to intervene under Federal Rules of Civil Procedure 24(a)(2) and 24(b), 28 U.S.C. § 1654.

The relief I intend to seek. An order permitting me to intervene as a party plaintiff; leave to file a Complaint in Intervention (a proposed pleading is attached to my motion); a fourteen-day enlargement to retain counsel; and preservation of the status quo — that the existing Temporary Restraining Order and pre-judgment attachment (including as to approximately GBP 9,148,525.50 held at Mosaic Global Capital UK Fund LP) not be dissolved — pending the preliminary injunction hearing and resolution of my motion.

The grounds. I lost approximately USD 483,000 in the scheme. I am not a party to the Joint Prosecution and Common Interest Agreement dated July 7, 2026 (the "JPCIA"), I am not a member of the Steering Committee, and I have never been served or given notice. My interest is not adequately represented, because the Steering Committee is aligned with the very intermediaries who recruited me and, under Clause 7.1 of the JPCIA, may settle, release, and allocate distributions without my consent (see *Taylor v. Sturgell*, 553 U.S. 880 (2008)). I first learned of this action, of the frozen Mosaic funds, and of the potential compromise of the

recovered assets only on the evening of Sunday, September 27, 2026, and I have moved promptly since.

Because the TRO is scheduled to expire on or about October 1, 2026, I respectfully request that the Court permit me to file the motion promptly, or schedule a conference at the Court's earliest convenience.

Respectfully submitted,

David Simpson
Plaintiff-Intervenor, Pro Se
Telephone: *filed under seal* Telephone: *filed under seal* Telephone: *filed under seal* Email: armourholdings@outlook.com

Enclosures: Motion to Intervene; proposed Complaint in Intervention (Attachment 1)