MANHATTAN ST NOTES

# Investment Rollover & Additional Subscription Contribution Election Form

| | |
|---|---|
| **Registered Investor Name:** | David Simpson |
| **Investment Certificate ID:** | ELITEG60SIMP02 |
| **Product Title/Series:** | ELITE Series GOLD – 60 Day Short-Term Notes |
| **Maturity Date:** | Nov 21, 2025 |
| **Currency:** | USD |
| **Principal Amount:** | 20,000 |
| **Accrued Fixed Coupons (if applicable):** | 1,600 |

## Rollover & Investment Instructions

Please select your Maturity Option from one of the following:

○ **Option A – Rollover in Full Principal Coupon and Accrued Fixed Coupons**

You elect to rollover 100% of your Maturing Principal Investment plus Accrued Fixed Coupons into the following Investment Product:

**Investment Product Name:**

*Note: Upon execution of this form, you will be sent the Subscription Agreement for the selected Investment Product.*

○ **Option A2 – Rollover in Full Principal & Accrued Fixed Coupons + Additional Subscription Contribution**

**Additional Subscription Contribution (Optional):**
I would like to make an Additional Subscription Contribution into the selected Investment Product listed below. I understand that the Additional Subscription Contribution must be in the same currency as my Maturing Investment.

**Investment Product Name:**

**Additional Subscription Contribution Amount:**

**Expected Funds Transfer Date:**

**Remitting Financial Institution:**

*Note: Upon execution of this form, you will be sent the Subscription Agreement for the selected Investment Product stating the new Subscribed Principal.*

MANHATTAN ST NOTES

○ **Option B – Rollover Principal Coupon Only**

You elect to rollover your Maturing Principal Investment into the following Investment product and receive the Accrued Fixed Coupons to your nominated Bank account.

**Investment Product Name:**

*Note: Upon execution of this form, you will be sent the Subscription Agreement for the selected Investment Product.*

X **Option C – Full Redemption**

You elect to receive full distribution of your Principal Coupon and any Accrued Fixed Coupons to your nominated Bank account.

N.B. Please ensure that your current Bank details are reflected in your Investor Display Account and correctly linked to your Maturing Investment Product.

## Authorization

You hereby authorize Manhattan ST Notes, LLC to process your instructions as indicated above. You understand that Rollover Elections and Additional Subscription Contributions are subject to investment terms, subscription limits, and any applicable regulations. Upon execution of this form, you acknowledge that you will receive the Subscription Agreement document for the new Investment Product, which must be completed and returned to finalize the rollover and/or additional contribution.

[redacted]

Signature

November 21, 2025

Date Signed

David Simpson

Name

**Important Notice – Payment Timing of Redemption Coupon Proceeds**

**Automatic Rollover**
All investments with an incomplete Option Deed will automatically rollover into the same investment product at the prevailing Enhancement Coupon. The automatic rollover applies to both Principal Coupon and Enhancement Coupon. All completed Option Deeds are to be returned, no later than the business day prior to maturity, 5pm (Eastern).

**Payment Date Definition:**
The "Payment Date" refers to the date on which redemption coupon proceeds are released by the Company to its authorized banking partners and officers for compliance review, processing, and remittance.

**Expected Receipt Timeline:**
Noteholders can generally expect to receive redemption coupon proceeds in their nominated bank account within 3 to 5 business days subsequent to the Payment Date, reflecting the standard post-disbursement settlement window.

**Potential Delays:**
The actual delivery of redemption coupon proceeds may be subject to delay due to:

- Compliance protocols and operational reviews conducted by authorized banking partners and officers of both the remitting and receiving institutions
- Intermediary bank routing or processing delays
- Local or federal bank holidays
- Regional or macroeconomic disruptions impacting financial systems
- Incorrect or outdated banking instructions provided by the Noteholder within their Investor Display Account

**Support Protocol:**
If redemption coupon proceeds have not been received within 3 to 5 business days subsequent to the Payment Date, please contact Manhattan Support via the Investor Display Platform by submitting a support ticket or task request.

**Time Zone Clarification:**
All dates and times referenced herein are in U.S. Eastern Time (ET) and should be interpreted relative to your geographic location.

## Certificate Of Completion

Envelope Id: 2DB43A2D-66DD-4A50-A369-6F9E2AC76A0B
Status: Completed

Subject: MSTN - Rollover Option Deed - David Simpson

Source Envelope:

Document Pages: 2
Signatures: 1
Envelope Originator:

Certificate Pages: 1
Initials: 0
Manhattan ST Notes LLC

AutoNav: Enabled
investments@manhattan5op.com

EnvelopeId Stamping: Enabled
IP Address: [redacted]

Time Zone: (UTC-05:00) Eastern Time (US & Canada)

## Record Tracking

| Status | Holder | Location |
|---|---|---|
| Status: Original<br>November 21, 2025 \| 09:14 | Holder: Manhattan ST Notes LLC<br>investments@manhattan5op.com | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| David Simpson<br>[redacted]<br>Security Level: Email, Account Authentication (None) | [redacted]<br>Signature Adoption: Pre-selected Style<br>Using IP Address: [redacted] | Sent: November 21, 2025 \| 09:15<br>Viewed: November 21, 2025 \| 22:48<br>Signed: November 21, 2025 \| 22:50 |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | November 21, 2025 \| 09:15 |
| Certified Delivered | Security Checked | November 21, 2025 \| 22:48 |
| Signing Complete | Security Checked | November 21, 2025 \| 22:50 |
| Completed | Security Checked | November 21, 2025 \| 22:50 |

| Payment Events | Status | Timestamps |
|---|---|---|