**From:** Michelle Price <Michelle.H.Price@outlook.com>
**Sent:** 15 November 2025 15:52
**To:** David Simpson [redacted]
**Subject:** Fw: Investment Overview & Upcoming Peninsular Offer Detail

Get [Outlook for iOS](https://aka.ms/o0ukef)

---

**From:** Annette M Houlihan <annette@careysuen.com>
**Sent:** Friday, November 14, 2025 10:17:40 AM
**To:** Michelle <michelle.h.price@outlook.com>
**Subject:** Fwd: Investment Overview & Upcoming Peninsular Offer Detail

Hi Michelle

It was great catching up on the phone earlier today. I wanted to share a bit more information about the **capital protection** available under both portals, as I know this is an important consideration for you.

These opportunities are specifically designed to provide **capital guarantees** alongside **short-term, high-yield returns**. Many of my clients are approaching retirement or already retired, so preserving their capital — while still earning meaningful returns — is essential. They simply don't have the time or flexibility to recover from unnecessary risks.

As you mentioned, I've been in this industry a long time, and because of that, it has always been a priority for me to source **secure, well-structured, and transparent investment options** for my clients.

Below is a screenshot from Peninsula's portal showing the details of their capital protection framework:



**Aggregated Capital Protection Layers**

The CP uniquely provides 100% capital protection through distinct, aggregated layers.

**1 Duration Risk Capital Protection Tier**

The MTCP provides protection against the possibility of misalignment of timing of a successful outcome with the investment lifecycle of the X-90 Multiplier Class Note. In particular, the Singapore Performance Insurance Surety Bond ("Singapore PIS Bond") provides a guarantee of timely payment of the X-90 Multiplier Class Note debt obligations. With the backing of capital pledges via leased institutional-grade balance sheet apportionments, the Singapore PIS Bond is bound via a surety bond to provide such a guarantee in exchange for subrogation rights that allow it to step into the X-90 Multiplier Class Note holders' position at an enhancement with the benefit of the Merit-Based Capital Protection Tier.

**2 Cross-Collateralization Capital Protection Tier**

Acting as an independent layer of capital protection is the cross-collateralization feature of the MTCP. Each asset in the underlying Litigation Asset Program is selected such that the potential proceeds generated from one asset alone are sufficient to meet the principal and interest obligations of the X-90 Multiplier Class Note in the aggregate. This is achieved by restricting investment to only those assets with a sufficient outsized multiple on invested capital (MOIC) to, **independently** from one another, meet the X-90 Multiplier Class Note Series in isolation from the other capital protection tiers and from the success of other assets in the underlying asset portfolio.

On Manhattan's portal (part of the same group), it explains in more detail:-

# Multi-Tier Capital Protection (MTCP) Framework

Investor Q&A Supplement

## Q1. What is the MTCP Framework, and why is it important to investors?

The Multi-Tier Capital Protection (MTCP) framework is a proprietary, multilayered capital preservation system embedded within the Six Senses Private Credit platform. Purpose-built for the platform's Blended Litigation Asset-Backed Notes (B-LABNs), the MTCP is designed to safeguard investor capital against redemption shortfalls and payment disruption by activating a sequenced hierarchy of protective layers—beginning with internal buffers and escalating, only if necessary, to third-party insurance support.

---

This architecture ensures that investor outcomes are supported by both structural resilience and operational discipline. The MTCP reflects Six Senses' broader commitment to institutional-grade risk governance, capital continuity, and predictable investor liquidity, even in the context of high-complexity, event-driven credit strategies.

## Q2. Is the MTCP a guarantee of capital?

Yes. The MTCP framework is structured to deliver a form of capital protection, combining internal surplus buffers with a final-resort Performance Insurance Surety Bond (PISB) to support investor redemptions and interest payments.

Although risk remains in any private credit or litigation-backed strategy, the MTCP is designed to function with the same protective intent as a traditional insurance policy, with predefined capital triggers and an external callable mechanism. When properly activated, the MTCP structure is intended to guarantee payment performance, subject to the operational integrity of the program and the availability of insurance capital under the PISB.

## Q3. How does the MTCP operate in the event of a redemption or coupon shortfall?

The MTCP activates through a disciplined, five-tier capital response structure, designed to progressively absorb and resolve liquidity events using a combination of internal buffers, prearranged liquidity pools, and external capital support.

#### Tiers 1–3: NAV Surplus Allocation

Redemption and interest shortfalls are first offset using surplus net asset value (NAV) across the A Class, D Class, and UBO Class segments. These buffers are applied in strict sequence and are subject to contractual NAV floor protections to preserve underlying investor rights. The redemption waterfall adheres to predefined governance triggers and cannot be altered without formal approval from the platform's governing body.

#### Tier 4: Platform-Level Liquidity Deployment

Should NAV buffers be insufficient, the platform may access designated liquidity reserves, including pre-segregated cash or liquid instruments earmarked for redemption continuity. These reserves are centrally managed and allocated based on proximity to scheduled maturity events, thereby reinforcing platform-level payout stability.

### Tier 5: Insurance-Backed Capital Injection

If all internal capital layers are exhausted, Six Senses may trigger the PISB issued by Gipfel Capitale. Under the PISB, Gipfel is contractually obligated to subscribe for I Class Shares in the affected Series, thereby injecting fresh capital to cover remaining shortfalls. This mechanism is governed by an independent subscription protocol and is subject to documented shortfall verification procedures.

Complementary Liquidity Measures

In parallel with the formal MTCP hierarchy, the Manager retains the ability to initiate active liquidity optimization measures, including the following:

- Structured refinancing through new debt issuance, such as short-term rollover note programs or intra-platform capital facilities designed to smooth maturity mismatches across compartments.

- Targeted asset divestiture programs, enabling the monetization of litigation claims, receivables, or structured settlements through strategic sales or secondary market transactions, aimed at generating liquidity without impairing long-term capital structures.

This holistic approach allows Six Senses to manage liquidity proactively, preserve redemption discipline, and reduce dependency on external insurance activation. The MTCP is not merely a passive buffer: it is an active capital protection infrastructure embedded within the operating DNA of the platform.

## Q4. What is the Gipfel Capitale PISB?

The Performance Insurance Surety Bond (PISB) is a contractual liquidity assurance instrument issued by Gipfel Capitale, a dedicated third-party risk partner engaged to anchor the final tier of the MTCP framework. When triggered under Tier 5, Gipfel is contractually obligated to subscribe for I Class Shares in the designated B-LABN Series, thereby providing an immediate and targeted capital infusion to cover outstanding redemption or coupon obligations.

The PISB introduces a formal insurance-style capital protection layer, complementing the platform's internal buffers and allowing for structured, auditable response to residual shortfall scenarios.

Key Features of the PISB:

- **Redemption and Coupon Coverage**
  Delivers capital to address both principal and interest shortfalls, across both standard and extended note maturities.

- **Predefined Capital Capacity**
  Subject to capped and pre-committed drawdown thresholds, ensuring that the facility remains conservatively managed and actuarially supportable.

- **Strict Escalation Protocols**
  May be activated only upon full exhaustion of the MTCP's internal capital layers, reinforcing its function as a true last-resort mechanism.

- **Governed Execution and Audit Trail**
  Operates under a formalized subscription protocol, including redemption stress testing, shortfall certification, prefunding notice periods, and optional board-level escalation procedures.

The PISB is deliberately structured as a nonprimary, high-integrity liquidity backstop—reinforcing rather than displacing the core principles of the platform's capital management framework. It reflects Six Senses' commitment to investor-aligned safeguards that are both operationally executable and contractually enforceable under high-complexity payout conditions.

## Q5. How does the MTCP differ from traditional capital protection mechanisms?

Traditional capital protection structures often rely on a single-tier model, such as a basic reserve fund or standalone insurance wrapper. These approaches typically offer limited flexibility, binary payout logic, and little alignment with fund-level governance. By contrast, the MTCP introduces a dynamic, multi-tiered capital response system that integrates both internal capital hierarchy and externally governed liquidity support.

Key differentiators include the following:

- **Sequenced Capital Response Architecture**
  MTCP deploys a tiered waterfall structure, enabling capital to be deployed in progressive layers—NAV buffers, liquidity staging, and finally insurance—ensuring proportional risk absorption before triggering higher-cost mechanisms.

- **Embedded Redemption Governance**
  Redemption events are monitored, escalated, and executed under formal platform protocols, reducing the likelihood of ad hoc payout decisions and promoting investor transparency.
- **Actively Governed NAV Impairment Buffers**
  Surplus NAV utilization across A, D, and UBO Classes is governed by predefined thresholds and redemption priority rules, providing structured protection without compromising upstream investors.
- **Externally Backed Final-Tier Liquidity Injection**
  Unlike generic fund-level insurance, the PISB offers a capital-guaranteed subscription mechanism tied to defined triggers and executed under a documented third-party framework.

This layered protection model promotes both risk dispersion and capital stability, empowering Six Senses to respond to liquidity shocks with precision, governance, and structural integrity. The MTCP is not merely a passive buffer; it is a resilient capital governance framework that differentiates the platform from traditional litigation finance or private credit offerings.

## Q6. Who governs the MTCP, and how are activation decisions made?

The MTCP is governed by a formal oversight framework led by the Six Senses platform's Fund Manager and its Investment Advisor and supervised by a dedicated MTCP Governance Committee. This committee includes representation from the following:

- Gipfel Capitale Specialty Risk, LLC
- MTCP Global Corp New York
- Gipfel Capitale Singapore Platform
- Senior officers from legal, risk, compliance, and fund operations

The MTCP Governance Committee operates within the broader platform governance regime set forth in the Offering Supplement and internal policy documents, ensuring that protection tier activations are executed with transparency, objectivity, and auditability

Activation Protocols Include the following:

- **Formal Documentation and Investor Disclosure**
  Each activation event is accompanied by a documented rationale, including a shortfall reconciliation report, internal sign-off trail, and, where material, formal notice to impacted investors.

- **Escalation and Board-Level Oversight**
  For Tier 5 (PISB) invocation or major liquidity realignment events, the MTCP Governance Committee is required to escalate the recommendation to the Board of Directors or designated Investment Oversight Body for ratification.

Investors are not directly involved in the governance process but benefit from real-time visibility via structured reporting on the InvestorDisplay portal, as well as formal notices embedded in redemption statements and fund updates. This layered governance structure ensures that the MTCP is administered with institutional discipline, operational neutrality, and fiduciary accountability.

## Q7. Are the MTCP figures, thresholds, or diagrams binding on the Manager?

No. All diagrams, tables, and visual representations of the MTCP—such as redemption waterfalls, tier hierarchies, NAV thresholds, and buffer allocations—are presented for illustrative purposes only and are not legally binding.

The definitive terms governing the size, sequence, and activation criteria for each protection layer are detailed in the Offering Supplement and fund-level legal documentation applicable to each specific Series. These governing documents provide the contractual authority under which the MTCP operates.

The Manager, in consultation with the Investment Advisor and oversight committees, retains discretionary authority to modify the operation of MTCP tiers—subject to compliance protocols—in response to:

- evolving legal interpretations;
- market conditions or asset performance dynamics; and
- operational or liquidity events impacting platform stability.

This flexibility ensures that the MTCP remains responsive, risk-aligned, and enforceable under real-world stress scenarios, without being constrained by static marketing or presentation materials.

---

## Q8. Can investors request tailored insight into how the MTCP applies to their Series or holdings?

Yes. Qualified investors may request customized MTCP briefings through the Six Senses platform's concierge team. These briefings are intended to provide confidential, Series-specific insights into how the MTCP framework applies to an investor's holdings, redemption timing, and risk coverage profile.

Each briefing may cover the following:

- Tier sequencing and protection logic applicable to the investor's Series or tranche
- Estimated NAV surplus coverage and allocation priority across capital classes
- Redemption stress-testing models and shortfall forecasting
- PISB reserve status and callable capacity (where available and permitted)

Requests can be submitted via the InvestorDisplay portal or through your designated relationship manager. Sessions may be held on a one-on-one basis or via secure data room access, depending on investor tier and platform authorizations.

**Important Note:** Certain MTCP-related data—such as capital tier utilization, PISB activation readiness, and tranche-specific coverage levels—may be classified as privileged, nonpublic, or institutionally sensitive. Accordingly, some materials may be provided verbally only or subject to non-distribution protocols. Written disclosures may require advance approval or secure delivery.

These briefings are structured to balance investor transparency with fiduciary integrity, offering deeper insight into how Six Senses governs risk while maintaining strict operational controls around capital protection.

**The process of protecting your principal investment is very transparent and carefully managed.**

When you invest through the portal, you receive a **Deed of Certificate**, which provides a **100% guarantee on your investment**. I've attached an image so you can see what this looks like.

The full document is 44 pages and is stored securely within the portal, so it can't be shared externally. However, if you'd like to review a complete example (from an existing client), I'd be happy to walk you through it on Zoom.

Please feel free to send over any further questions — I'm here to help. If I don't hear from you sooner, I'll reach out on Monday morning your time to get your thoughts.

Have a lovely weekend.

***Annette***

Annette M Houlihan
Managing Director

**Our business grows through referrals. If you know someone who needs financial or estate planning, please share. We're here to protect yo**

- **Trigger Validation and Compliance Review**
  Redemption or coupon shortfalls must first be validated against preestablished MTCP activation metrics using internal stress testing and liquidity oversight systems. This ensures that each trigger is quantitatively justified and risk confirmed.

**ur wealth and loved ones.**

**Carey Suen**
Mobile/WhatsApp:+1 587 893 1785
Website: https://careysuen.com/
https://www.linkedin.com/in/annette-m-houlihan/