**From:** Annette M Houlihan <annette@careysuen.com>
**Sent:** 19 February 2025 00:50
**To:** David Simpson [redacted]
**Subject:** Fwd: Welcome Pack - Mr David Simpson - Investment amount: £10,000 (GBP) - Investment term: 12 months @ 8%

Hi David

I hope you're doing well! Please find attached your Welcome Letter from Woodville along with your Secured Loan Note, which needs to be signed and returned.

Woodville operates very efficiently, as their primary focus is on putting your investment to work. Your income payments are set to begin on 1st May.

Closer to that time, we can discuss the next tranche and explore when you might want to purchase another note.

Also, if you know any friends or colleagues who might be interested in this capital-protected, steady, and reliable income opportunity, feel free to share the details with them.

Lastly, how are you getting on with drafting your will? Let me know if you need any assistance or have any questions about anything else!

**Annette**

Annette M Houlihan
Managing Director

**Carey Suen**
WhatsApp:+852 9160 7855
Website: https://careysuen.com/
https://www.linkedin.com/in/annette-m-houlihan/

**Our business grows through referrals. If you know someone who needs financial or estate planning, please share. We're here to protect your wealth and loved ones.**

---------- Forwarded message ---------
From: **Madli Pihel** <madli@consultgroupworldwide.com>
Date: Tue, Feb 18, 2025 at 4:41 AM
Subject: Welcome Pack - Mr David Simpson - Investment amount: £10,000 (GBP) - Investment term: 12 months @ 8%
To: Annette M Houlihan <annette@careysuen.com>
Cc: Paul Hobbs (Consult Group Worldwide) <ph@consultgroupworldwide.com>

Hi Annette,

lease find attached the Welcome Pack for Mr David Simpson. Could you kindly ask your client to sign and return the Loan Note at his convenience please.

If you could also thank your client for his investment into the Woodville Loan Note, we would be very grateful.

Kind Regards,

Madli Pihel
**Head of Global Operations**

WhatsApp: +372 558 9054
Office: +44 (0) 203 151 8088
madli@consultgroupworldwide.com

www.consultgroupworldwide.com



Disclaimer: This email is intended solely for the addressee(s) and may contain confidential information. The information contained within this email should only be read by persons to whom it is addressed and cannot be relied upon by any person. If you are not named above as a recipient, you must not read, copy, disclose, forward or otherwise use the information contained in this email. If you have received this email in error, please notify the sender by email and delete the message and any attachments without retaining any copies. CGW disclaims all responsibility and accepts no liability including for negligence in respect of any claims or losses suffered by any other person acting or refraining from acting directly or indirectly in reliance on the contents of this email. CGW and none of its directors, shareholders or employees are authorised or regulated by the FCA. CGW LTD does not give any advice and is not a regulated or licensed investment or financial advisor. All information provided is intended as general information and should never be treated as giving specific advice or recommendations. Consult Group Worldwide LTD is a private limited company incorporated in the UK and with company registration number 9566121, whose registered office is at Louca & Co, Carriage House, Mill Street, Maidstone, Kent ME15 6YE.

*Annette*

**Annette M Houlihan**
CEO & Founder
Website: www.careysuen.com
LinkedIn: https://www.linkedin.com/in/annette-m-houlihan/