USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,<br><br>Plaintiff,<br><br>– against –<br><br>PENINSULA CAPITAL TRUST, et al.,<br><br>Defendants. | Case No. 1:26-cv-07519 (MKV)<br><br>Hon. Mary Kay Vyskocil |

**[PROPOSED] ORDER GRANTING THE MOTION OF NON-PARTIES FIRST DEGREE FUND VCC (FOR AND ON BEHALF OF ITS SUB-FUNDS), FIRST DEGREE GLOBAL ASSET MANAGEMENT PTE. LTD., AND GIPFEL CAPITALE INSURANCE & UNDERWRITING PARTNERS TO FILE UNDER SEAL**

WHEREAS, non-parties First Degree Fund VCC ("First Degree VCC"), for and on behalf of its sub-funds Litigation Income and Growth Fund (formerly 9Mountains Capital Fund) and Six Senses Private Credit (together, the "Sub-Funds"); First Degree Global Asset Management Pte. Ltd. ("First Degree GAM"); and Gipfel Capitale Insurance & Underwriting Partners (collectively, "Movants") have moved to vacate or modify the Temporary Restraining Order and Pre-Judgment Order of Attachment entered in this action (ECF Nos. 5, 38, and 56), and in opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 57) (the "Motion to Modify");

WHEREAS, Movants have moved for leave to file under seal, and to file in redacted form on the public docket, the Memorandum of Law in support of the Motion to Modify, the Declaration of Anthony John Morgan and the exhibits thereto (collectively, the "Sealed Documents") (the "Sealing Motion");

WHEREAS, the Sealing Motion is supported by the Declaration of Aaron Miner, dated September 30, 2026 (the "Miner Declaration"), to which proposed redacted versions of the Sealed

Documents are annexed as Exhibits 1-3, and complete unredacted copies of the Sealed Documents have been submitted to the Court and served on counsel for Plaintiff;

WHEREAS, the Court recognizes that the Sealed Documents are judicial documents to which a presumption of public access attaches, and that the Court must balance that presumption against competing considerations, including the privacy interests of those resisting disclosure;

WHEREAS, the Court finds that the proposed redactions are limited to non-public, commercially sensitive information of non-parties to this action, including investor-level information concerning the Sub-Funds' noteholders and an unaffiliated shareholder; the Sub-Funds' capital structures, cash and liquidity positions, and note maturity schedules; the terms of the Sub-Funds' confidential offering documents and performance surety bond; and confidential documents of Mosaic Global Capital UK Fund LP;

WHEREAS, the Court finds that public disclosure of that information could cause harm to Movants and to non-party investors against whom no wrongdoing is alleged, that those interests outweigh the presumption of public access to the redacted material at this stage, and that the proposed redactions are narrowly tailored to serve those interests, because Movants' legal arguments, the relief requested, and the substance of the dispute will remain on the public docket;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Sealing Motion is GRANTED.

2. Movants are granted leave to file the unredacted Sealed Documents under seal, with access limited to the Court, the Clerk of Court, and counsel of record for Plaintiff and any party that appears in this action, pending further order of the Court.

3. Movants shall file on the public docket the redacted versions of the Sealed Documents annexed as Exhibits 1-3 to the Miner Declaration.

4. The Sealed Documents shall remain under seal until further order of the Court. The Court may, on its own motion, or on application of any party or interested person, revisit whether continued sealing remains warranted, and Movants shall promptly comply with any direction to file public or further-redacted versions.

5. Nothing in this Order constitutes an appearance by Movants in this action or a waiver of any objection, including to personal jurisdiction or service.

6. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. [80].

SO ORDERED.

Dated: New York, New York
October 1, 2026

Mary Kay Vyskocil
HON. MARY KAY VYSKOCIL
United States District Judge