**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE STEERING COMMITTEE ON BEHALF OF THE PARTIES TO THE JPCIA DATED JULY 7, 2026,

Plaintiff,

v.

PENINSULA CAPITAL TRUST, PENINSULA ACCUMULATOR TRUST, PENINSULA ACCELERATOR TRUST, MANHATTAN PRIVATE CREDIT MARKETS LLC, MANHATTAN ST NOTES LLC, MANHATTAN 5 OCEANS PARTNERS LLC, SAVILLE FIDUCIARY CORPORATION f/k/a GLOBAL PATENT & ASSERTION CAPITAL CORPORATION, DIGITANWORKS AG, DOVERA CAPITAL PTY LTD, RODGERS AND ASSOCIATES LLC, PERSHING INSURANCE BOND, LLC a/k/a PERSHING SPECIALTY RISK, LLC, CROWN GLOBAL DMCC, MANHATTAN PRIVATE CREDIT (SEYCHELLES), BRAYDEN CRAIG a/k/a NOEL LUXETON a/k/a SCOTT CAMPBELL FISHER a/k/a NOEL AVASONIS a/k/a SEAN CARTIER a/k/a BENNET BRAYDEN RICHARDS a/k/a TRENT SCOTT WALLACE STRONG a/k/a SCOTT WILLIAMS, CAROL ANN HUNTER, TIM BENTLEY, ANDREW MACKENZIE MELVILLE a/k/a ANDREW MELVILLE, JENNIFER LYNN RODGERS a/k/a JENNIFER ROGERS, DANIEL BENZ, LUKE ADEBIYI, and NIGEL CATT,

Defendants.

Case No. 1:26-cv-07519 (MKV)

**[PROPOSED] REVISED SCHEDULING ORDER AS TO THE RODGERS DEFENDANTS**

Upon consideration of the October 5, 2026 letter motion of Defendants Jennifer Lynn Rodgers and Rodgers and Associates, LLC ("R&A," and together with Ms. Rodgers the "Rodgers Defendants"), ECF No. 99, it is hereby

ORDERED that, Plaintiff provide forthwith to the Rodgers Defendants copies of all subpoenas served along with copies of all materials obtained to date pursuant to those subpoenas; and it is

FURTHER ORDERED that the Court's Scheduling Order, ECF No. 91, is modified as follows: (i) the Rodgers Defendants' opposition to Plaintiff's Motion for a Preliminary Injunction, Continuation of Pre-Judgment Attachment, and Asset Preservation Relief, ECF No. 58 (the "Motion") is due two business days after Plaintiff provides the Rodgers Defendants with the above-ordered materials; (ii) Plaintiff's reply in further support of the Motion as to the Rodgers Defendants is due two days after the Rodgers Defendants' opposition; and (iii) the hearing currently scheduled for October 15, 2026, is adjourned as to the Rodgers Defendants to a date to be set by the Court after the new deadline for Plaintiff's Reply.

SO ORDERED.

Dated: ______________
New York, New York

_____________________________
HON. MARY KAY VYSKOCIL
United States District Judge